```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08676
    JAMES W MEILICKE
    VICKI L MEILICKE                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-8968      SSN XXX-XX-6671


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/11/07 and confirmed on 09/19/07.

    2.  The case was dismissed after confirmation, 04/18/2008.

    3.  The Debtor paid a total of $   4950.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 1489.00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 19589.11 | 1024.13 | 3127.62 |
| FREEDOM CARD GOLD MASTER | UNSECURED | 497.24 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 441.75 | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 324.47 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 195.16 | .00 | .00 |
| MERRICK BANK | UNSECURED | 823.27 | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CASH TRANSFER CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SHAFFER & ASSOCIATES | UNSECURED | 65.85 | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| SHANE SENYARD | UNSECURED | 5691.72 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1245.98 | .00 | .00 |

```
ECAST SETTLEMENT CORPORA UNSECURED         478.00            .00            .00
      Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  21078.11        .00      9763.44          .00      30841.55
PRINCIPAL PAID       3127.62        .00          .00          .00       3127.62
INTEREST PAID        1024.13        .00          .00          .00       1024.13
TOTAL PAID           4151.75        .00          .00          .00       4151.75
```

The Debtor's attorney, STAVER & GAINSBERG PC         , was allowed $   3500.00
and was paid $    600.00  direct and $    585.48   through the plan.

The Trustee received $    212.77 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/16/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 08676 JAMES W MEILICKE & VICKI L MEILICKE